# Order

Michigan Supreme Court
Lansing, Michigan

October 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150053-4(54)

ZACHARY KOTT-MILLARD,
        Plaintiff-Appellant,

v

CITY OF TRAVERSE CITY and DUNCAN L.
CLINCH MARINA,
        Defendants/Cross-Plaintiffs,
and

BARRY SMITH,
        Defendant-Appellee,
and

ROBERT COLE, CARL REICH ELECTRIC,
INC., FLOTATION DOCKING SYSTEMS, INC.,
WAGGENER ELECTRIC COMPANY,
SAUNDERS ELECTRIC, INC.,
SIMPLEXGRINNELL, LP, PHILLIP NAULT,
and DALE STEVENS ,
        Defendants,
and

GLAWE, INC., SMITHGROUP JJR, LLC, d/b/a
SMITHGROUP JJR, and RHOADES
ENGINEERING CORP.,
        Defendants/Cross-Defendants.
_____/

SC: 150053
COA: 314971
Grand Traverse CC:
    2012-028981-NO

MICHAEL J. LONG, Personal Representative of
the Estate of MICHAEL KNUDSEN,
        Plaintiff-Appellant,

v

SC: 150054
COA: 314975
Grand Traverse CC:
    2012-029041-NO

CITY OF TRAVERSE CITY and DUNCAN L.
CLINCH MARINA,

      Defendants/Cross-Plaintiffs,

and

BARRY SMITH,

      Defendant/Cross-Plaintiff-
      Appellee,

and

ROBERT COLE, CARL REICH ELECTRIC,
INC., WAGGENER ELECTRIC COMPANY,
SAUNDERS ELECTRIC, INC.,
SIMPLEXGRINNELL, LP, PHILLIP NAULT,
and DALE STEVENS,

      Defendants,

and

GLAWE, INC., SMITHGROUP JJR, LLC. d/b/a
SMITHGROUP JJR, and WHOADES
ENGINEERING CORP.,

      Defendants/Cross-Defendants.

_____/

      On order of the Chief Justice, the motion of defendant-appellee Barry Smith to extend the time for filing his answer to the applications for leave to appeal is GRANTED. The answer will be accepted as timely filed if filed on or before October 28, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2014

Clerk